UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Case No. 19-cv-0527 (WMW/HB) |
| Plaintiff, | |
| v. | |
| City of Minneapolis, Minnesota, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant/ Third-Party Plaintiff, | |
| v. | |
| CALE America, Inc., | |
| Third-Party Defendant. | |

Based upon the Stipulation to Dismiss Third-Party Complaint with Prejudice, (Dkt. 42), and Stipulation to Dismiss City of Minneapolis with Prejudice, (Dkt. 43), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 12, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge