# UNITED STATES DISTRICT COURT
## District of Minnesota

Jerald Boitnott

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 19-cv-0527 (WMW/HB)

City of Minneapolis, Minnesota,

    Defendant/Third-Party Plaintiff,

v.

Cale America, Inc.,
Cale Parking Systems, USA, Inc.

    Third-Party Defendants.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: December 13, 2019

KATE M. FOGARTY, CLERK

s/Lynnette Brennan
(By) Lynnette Brennan, Deputy Clerk